# EXHIBIT LIST

Case No. 2: 10-CR-217-PMP-PAL          Page 1 of 1

USA vs. Dragomir Taskov

Exhibits on behalf of government

| DATE ADMITTED | DATE MARKED | EXHIBIT NUMBER | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 6-2-10 | 6-2-10 | 1 | | AKA Driver License & SSN card of defendant |

*FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD — JUN -2 2010 — CLERK US DISTRICT COURT DISTRICT OF NEVADA — BY DEPUTY*