AO 98 (Rev. 01/09) Defendant's Appearance Bond

# UNITED STATES DISTRICT COURT
### for the

### DISTRICT OF NEVADA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. *2:10-cr-217-pmp (pal)* |
| NIKolay mladenov | ) |
| *Defendant* | ) |
| | ) |

## DEFENDANT'S APPEARANCE BOND

To obtain the defendant's release, we jointly and severally agree to forfeit the following cash or other property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court, or fails to comply with any conditions of release set by the court considering this matter *(describe the cash or other property and any claim, lien, mortgage, or other encumbrance on it):*

*Ownership.* We declare under penalty of perjury that we are the sole owners of this property and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments):*

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

AO 199A '(Rev. 11/08) Order Setting Conditions of Release                                      Page 1 of _____ Pages

# UNITED STATES DISTRICT COURT
for the

DISTRICT OF NEVADA

United States of America  )
v.  )
Nikolay Mladenov  )  Case No. 2:10-cr.217-pmp-PAL
Defendant  )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate any federal, state or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3)  The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change in address or telephone number.

(4)  The defendant must appear in court as required and must surrender to serve any sentence imposed

The defendant must appear at *(if blank, to be notified)* _____ **AS ORDERED** _____
*Place*

_____ on _____ **AS ORDERED** _____
*Date and Time*

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released on condition that:

( ✓ )  (5) The defendant promises to appear in court as required and surrender to serve any sentence imposed.

(   )  (6) The defendant executes an unsecured bond binding the defendant to pay to the United States the sum of
_____ dollars ($ _____ )
in the event of a failure to appear as required or surrender to serve any sentence imposed.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

NAME: NIKOLAY MLADENOV    **ADDITIONAL CONDITIONS OF RELEASE**    CASE # 2:10-cr-217-Pmp-PAL

Upon finding that release by one of the above methods will not by itself reasonably assure the defendant's appearance and the safety of other persons or the community,

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(   ) (7)   The defendant is placed in the custody of:

Person or organization _____

Address (*only if above is an organization*) _____

City and state _____ Tel. No. (*only if above is an organization*) _____

who agree (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed:_____     _____
                                *Custodian or Proxy*                              *Date*

( ✓ ) (8)   The defendant must:

   ( ✓ ) (a)   report to the ( ✓ ) **U.S. Pretrial Services Office 702-464-5630** (   ) **U.S. Probation Office (702)-388-6428**

     no later than _____ (   ) **Conditions Previously Imposed**

   (   ) (b)   execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
_____

   (   ) (c)   post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum
_____

   (   ) (d)   execute a bail bond with solvent sureties in the amount of _____.

   ( ✓ ) (e)   maintain or actively seek employment and notify Pretrial Services prior to any change.

   (   ) (f)   maintain or commence an education program.

   ( ✓ ) (g)   surrender any passport to: **Pretrial Services, Forthwith.**

   ( ✓ ) (h)   obtain no passport.

   ( ✓ ) (i)   abide by the following restrictions on personal association, place of abode, or **District of Nevada** (   ) **CLARK COUNTY, NV** ( ✓ ) **STATE OF California.**

     (   ) **CONTINENTAL U.S.A.**   ( ✓ ) **FOR COURT PURPOSES ONLY**   (   ) **SEE NEXT PAGE FOR FURTHER RESTRICTIONS**

   ( ✓ ) (j)   avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to: **any co-defendant or related defendant except in the presence of counsel.**

     (   ) **Prohibited from any contact with juveniles.**

   (   ) (k)   undergo medical or psychiatric _____

     (   ) **The defendant must pay all or part of the cost of the program based upon your ability to pay as the pretrial services office or supervising officer**

   (   ) (l)   return to custody each (week) day at _____ o'clock after being released each (week) day _____ o'clock for schooling, or the following purpose(s): _____

   (   ) (m)   maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

   (   ) (n)   refrain from possessing a firearm, destructive device, or other dangerous weapons.

   (   ) (o)   refrain from (   ) any (   ) **excessive use of alcohol.** (   ) **Not be in the presence of anyone using/possessing alcohol.**

   (   ) (p)   refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. (   ) **Not be in the presence of anyone using or possessing a narcotic drug or other controlled substances**

   (   ) (q)   **Initial Urinalysis, if positive then** (   ) **"p"** (   ) **"r"** (   ) **"s" applies.**

   (   ) (r)   submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.

     (   ) **The defendant must pay all or part of the cost of the program based upon your ability to pay as the pretrial services office or supervising officer determines.**

   (   ) (s)   participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable. (   ) **The defendant must pay all or part of the cost of the program based upon your ability to pay as the pretrial services office or supervising officer determines.**

   ( ✓ ) (t)   participate in one of the following location monitoring program components and abide by its requirements as the pretrial services officer or officer instructs.

     (   )   (i)   **Curfew.** You are restricted to your residence every day (   ) from _____ to _____, or (   ) as directed by the pretrial services office or supervising officer; or

     ( ✓ )   (ii)   **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer, or

     (   )   (iii)   **Home Incarceration.** You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.

   ( ✓ ) (u)   submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the pretrial services officer or supervising officer related to the proper operation of the technology.

     ( ✓ ) The defendant must pay all or part of the cost of the program based upon your ability to pay as the pretrial services office or supervising officer determines.

     (   )   (i)   Location monitoring technology as directed by the pretrial services office or supervising officer;

     ( ✓ )   (ii)   Radio Frequency (RF) monitoring;

     (   )   (iii)   Passive Global Positioning Satellite (GPS) monitoring;

     (   )   (iv)   Active Global Positioning Satellite (GPS) monitoring (including "hybrid" (Active/Passive) GPS);

     (   )   (v)   Voice Recognition monitoring.

**DISTRIBUTION: COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL**

Revised by USDC/NV 9/9/09 to include our court's own special conditions

Page_____of_____Pages

## FURTHER ADDITIONAL CONDITIONS OF RELEASE

NAME: **Nikolay mladenov**          CASE # **2:10-cr-217-pmp - PAL**

(v)   Further Restrictions:
- ( )   Use true name only.
- ( )   You shall not use any identifiers, access devices, or accounts unless under your true name.
- ( )   You shall not possess or use false or fraudulent access devices.
- ( )   You shall not obtain any new lines of credit.
- ( )   You are prohibited from having any access to computers or connecting devices (PDA's, Cell Phones, Playstations, etc.) at home or employment which has internet access,Instant Messaging, IRC Servers, and the World Wide Web.
- ( )   You are prohibited from the possession of any pornographic or erotica images, including movies, books, magazines, or any such materials.

( )   (w)   Report as soon as possible to the pretrial service office or supervising officer any contact with any law enforcement personnel, including but not limited to, any arrest, questioning, or traffic stop.

(✓)   (x)   Maintain residence: ( ✓ current       ( ) at _____ _____ Notify Pretrial Services or Supervising officer prior to any change.

( )   (y)   Subject to search of person, residence and/or vehicle as directed by Pretrial Services or supervising officer to ensure compliance with these conditions.

( )   (z)   Resolve all outstanding warrants within _____ days.

AO 199C (Rev. 09/08) Advice of Penalties                                    Page_____ of _____Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT: **Nikolay MLadenov**        CASE: **2:10-cr-217-pmp (PAL)**

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
 (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
 (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
 (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
 (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

SUNNYVALE CALIFORNIA
City and State

### Directions to the United States Marshal

( )  The defendant is ORDERED released after processing.
( )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 6/25/10

_____
Judicial Officer's Signature

LAWRENCE R. LEAVITT
UNITED STATES MAGISTRATE JUDGE

_____
Printed name and title

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL