1  DANIEL G. BOGDEN
   United States Attorney
2  ERIC JOHNSON
   Assistant United States Attorney
3  333 Las Vegas Boulevard South, Suite 5000
   Las Vegas, Nevada 89101
4  Telephone: (702) 388-6336
   Facsimile: (702) 388-5087
5
6
7
8            UNITED STATES DISTRICT COURT
9                 DISTRICT OF NEVADA
10
11 UNITED STATES OF AMERICA,       )
           Plaintiff,               )  2:10-cr-217-PMP-PAL
12                                   )
      vs.                            )  STIPULATION CONCERNING USE OF
13                                   )  TRANSLATION SUMMARIES
   DRAGOMIR TASKOV, et al,          )
14                                   )
                                     )
15         Defendants.               )
                                     )
16 ─────────────────────────────────
17
18      IT IS HEREBY STIPULATED AND AGREED between the parties, DANIEL G.
19 BOGDEN, United States Attorney for the District of Nevada, and ERIC JOHNSON, Assistant
20 United States Attorney, counsel for the United States, and Charles E. Kelly, counsel for defendant
21 Nikolay Mladenov, that:
22      1. The United States agrees to provide defendant with copies of translation summaries of
23 intercepted communications prepared by Bulgarian (Government contract) translators of those
24 communications the Government considers to be pertinent to this investigation.
25
26

2. The summaries are being provided to defendant for the limited purpose of assisting the defendant in the preparation of trial in this matter and not for the purpose of admitting any summary at trial.

3. The United States makes no representation as to the accuracy of the summaries, and the defendant agrees that any inaccuracy shall not be used at trial against any government witness.

DANIEL G. BOGDEN
United States Attorney

_____    7-22-10
ERIC JOHNSON                       DATE
Assistant United States Attorney

_____    7/29/10
CHARLES E. KELLY                   DATE
Counsel for defendant Nikolay Mladenov

## ORDER

IT IS SO ORDERED this ____ day of _____ 2010.

_____
UNITED STATES MAGISTRATE JUDGE

2