```
 1 │ CHARLES E. KELLY, ESQ.
   │ Nevada Bar No. 4652
 2 │ 706 South Eighth Street
 3 │ Las Vegas, Nevada 89101
   │ (702) 385-0777
 4 │ Attorney for Defendant
 5 │
 6 │
 7 │            UNITED STATES DISTRICT COURT
   │                 DISTRICT OF NEVADA
 8 │
 9 │
   │ UNITED STATES OF AMERICA,  ) No: 2:10-cr-217-PMP-PAL
10 │                            )
11 │       Plaintiff,            )
   │                            )
12 │ vs.                         )  STIPULATION TO AMEND
   │                            )  RELEASE CONDITIONS
13 │                            )
   │ NIKOLAI MLADENOV,           )
14 │                            )
   │       Defendant.            )
15 │ _____)
```

16   COMES NOW, Defendant Nikolai Mladenov, by and through his counsel, Charles E.

17 Kelly, and the United States, by and through Assistant United States Attorney, Eric Johnson, and

18 hereby request that this Court approve this Stipulation to Amend the Release Conditions.

19 Currently, the Defendant is under House Arrest with Electronic Monitoring. The Defendant has

20 entered into a Plea Agreement with the Government. The House Arrest and Electronic

21 Monitoring is no longer necessary in light of his entry of plea and further, the fact that he has

22 made each and every court appearance notwithstanding that he resides in Sunnydale, CA. Any

23 remaining conditions are to remain in effect.

24   WHEREFORE, Defendant Nikolai Mladenov and the United States request that this

25 Court remove the House Arrest and Electronic Monitoring restrictions to his terms of release.

26

27                                              Respectfully Submitted,

28                                              /s/ Charles E. Kelly

-1-

Charles E. Kelly
Bar No. 4652
706 S. Eighth Street
Las Vegas, NV 89101
(702) 385-0777

_____
Eric Johnson
Assistant United States Attorney

"THE ABOVE-MENTIONED REQUEST TO RELEASE THE DEFENDANT OF HOUSE ARREST AND ELECTRONIC MONITORING IS HEREBY GRANTED, ORDERED, AND ADJUDGED DECREED. ALL REMAINING CONDITIONS SHALL REMAIN IN EFFECT."

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

-2-