CHARLES E. KELLY, ESQ.
Nevada Bar No. 4652
706 South Eighth Street
Las Vegas, Nevada 89101
(702) 385-0777
Attorney for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No: 2:10-cr-217-PMP-PAL |
| Plaintiff, | |
| vs. | **STIPULATION TO AMEND RELEASE CONDITIONS** |
| NIKOLAI MLADENOV, | |
| Defendant. | |

**COMES NOW**, Defendant Nikolai Mladenov, by and through his counsel, Charles E. Kelly, and the United States, by and through Assistant United States Attorney, Eric Johnson, and hereby request that this Court approve this Stipulation to Amend the Release Conditions. Currently, the Defendant is under House Arrest with Electronic Monitoring. The Defendant has entered into a Plea Agreement with the Government. The House Arrest and Electronic Monitoring is no longer necessary in light of his entry of plea and further, the fact that he has made each and every court appearance notwithstanding that he resides in Sunnydale, CA. Any remaining conditions are to remain in effect.

**WHEREFORE**, Defendant Nikolai Mladenov and the United States request that this Court remove the House Arrest and Electronic Monitoring restrictions to his terms of release.

Respectfully Submitted,

*/s/ Charles E. Kelly*

-1-

| | |
|---|---|
| 1 | Charles E. Kelly |
| 2 | Bar No. 4652 |
|   | 706 S. Eighth Street |
| 3 | Las Vegas, NV 89101 |
|   | (702) 385-0777 |
| 4 | |
| 5 | Eric Johnson |
| 6 | Assistant United States Attorney |

"THE ABOVE-MENTIONED REQUEST TO RELEASE THE DEFENDANT OF HOUSE ARREST AND ELECTRONIC MONITORING IS HEREBY GRANTED, ORDERED, AND ADJUDGED DECREED. ALL REMAINING CONDITIONS SHALL REMAIN IN EFFECT."

PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated: July 11, 2011.